ORIGINAL

FILED

10/10/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0539

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 23-0539

BRIAN TACKETT,

      Plaintiff and Appellant,

v.

KATRINA FELLER, COCKRELL,
GOICOCHEA AND JOHNSON,

      Defendants and Appellees.

FILED

OCT 1 0 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

## NOTICE RESCINDING ORDER OF MEDIATOR APPOINTMENT

Therese Fox Hash, the mediator previously appointed in this matter, has notified the parties that this appeal appears NOT to be subject to Mediation as there is no money judgment involved and it is not a domestic relations or a workers' compensation case. Accordingly, Ms. Hash's order of mediator appointment is hereby rescinded.

If this case is SUBJECT TO MEDIATION, the Appellant shall file a notice clarifying the type of case this is and another mediator will be appointed.

A true copy of this order is being mailed to counsel of record for the parties, or to the parties individually if not represented by counsel, on the date hereof.

DATED this 10th day of October, 2023.

_____
Bowen Greenwood, Clerk of the Supreme Court

c:    Brian Tackett, tackett59935@gmail.com
       Matthew Hayhurst, mhayhuurst@boonekarlberg.com
       Tyler M. Stockton, tstockton@boonekarlberg.com
       Therese Fox Hash, tfh.hashlaw@gmail.com